**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6993**

---

BARRY LAW,

Plaintiff - Appellant,

versus

LINDA LILLY, City Insurance (Division of
Risk); DAVID TORBORG, Insurance Coordination,
City of Danville; MAJOR COLEMAN, Danville
Jail; SERGEANT CHILDRESS, Danville Jail,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CA-97-449-R)

---

Submitted: December 11, 1997      Decided: December 30, 1997

---

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Barry Law, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion, dismissing the action because it failed to state a claim upon which relief could be granted under 28 U.S.C. § 1915A(b)(1) (West Supp. 1997), and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Law v. Lilly, No. CA-97-449-R (W.D. Va. July 15, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2